JOHN WIDMAR, Respondent, v. M. HURE HEALEY, Appellant.— Judgment and

order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.